1  JENNIFER L. KELLY (CSB No. 193416)
   jkelly@fenwick.com
2  LIWEN A. MAH (CSB No. 239033)
   lmah@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:    415.875.2300
5  Facsimile:    415.281.1350

6  WILLIAM L. PIEROG (CSB No. 288431)
   wpierog@fenwick.com
7  FENWICK & WEST LLP
   801 California Street
8  Mountain View, CA  94041
   Telephone:    650.988.8500
9  Facsimile:    650.938.5200

10 Attorneys for Plaintiff
   GLU MOBILE INC.

11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14

15 GLU MOBILE INC., a Delaware Corporation,     Case No.:  3:14-cv-04917

16              Plaintiff,                       **COMPLAINT FOR COPYRIGHT AND
                                                 TRADE DRESS INFRINGEMENT**
17      v.
                                                 **DEMAND FOR JURY TRIAL**
18 HOTHEAD GAMES INC., a Canadian
   Corporation,
19
                Defendant.
20

21

22       Plaintiff Glu Mobile Inc. ("Glu") brings this action against Defendant Hothead Games

23 Inc. ("Hothead") for copyright and trade dress infringement and complains as follows:

24                          **INTRODUCTION**

25       1.      This action arises from Hothead's brazen theft of Glu's intellectual property rights

26 in *Deer Hunter 2014*, the latest release in Glu's highly successful *Deer Hunter* game series.  *Deer*

27 *Hunter 2014* is a first-person shooter (FPS) hunting simulation game in which the player can use

28 a wide variety of customizable weapons to shoot and kill wild animals, earning currency and

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  unlocking access to new regions as missions are completed successfully.  In each mission, certain

2  features are available to assist the player's ability to complete the objective, including infrared

3  vision, consumables, and the ability to swap between weapons.  The player's goal is to kill the

4  target or targets.  Once the player fires or a timer runs out, any remaining nearby targets will flee

5  or engage, so the player is encouraged to make a single fatal shot (known as a "one shot kill").

6  Players can use money earned from completed missions to upgrade weapons or purchase new

7  ones.  Glu publicly launched *Deer Hunter 2014* in the United States in September 2013.

8         2.      Hothead released *Kill Shot*—an obvious ripoff of *Deer Hunter 2014*—in certain

9  markets including Canada in mid-2014, and worldwide (including in the United States) in late

10  September 2014.  As dozens of users have accurately observed since its U.S. launch, *Kill Shot* is

11  just *Deer Hunter 2014* except that people, not animals, are the targets.  The other differences in

12  the game are trivial.

13        3.      Even the most cursory review of the games reveals that Hothead's copying went

14  well beyond taking standard FPS elements, such as viewing the game from the perspective of the

15  shooter, acquiring weapons, targeting, and firing.  Rather, *Kill Shot* and *Deer Hunter 2014* are

16  virtually identical in every material respect other than the species of the prey.  Indeed, Hothead's

17  copying was so slavish that it even miscategorized one of its core weapons (a sporting rifle) as an

18  assault rifle, just like Glu did.  Hothead also copied Glu's unintended quirk where the relative

19  cash reward for skill shots remains fixed, rather than scaling up as the player progresses into more

20  challenging regions, as a player would rightfully expect.  The conclusion is inescapable that

21  Hothead took the all-too-common shortcut of cloning a leading game in the genre to seize a share

22  of the market (which it quickly did), rather than investing the resources to develop something it

23  truly could call its own.

24        4.      By this action, Glu seeks to stop to Hothead's illegal free-riding, recover the

25  considerable losses it has suffered and will continue to suffer every day that *Kill Shot* remains on

26  the market, and disgorge the illegal profits Hothead had made off its unlawful infringement.

27                              **NATURE OF THE ACTION**

28        5.      Glu is a leading developer and publisher of mobile games for smartphone and

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

tablet devices.  Since the early 2000s, Glu has built a strong reputation for bringing exciting, challenging skill games with innovative features to market.  Its commitment to making high-quality, original entertainment has led to popular games and series such as *Contract Killer*, *Frontline Commando*, *Eternity Warriors*, *Gun Bros*, *Blood & Glory*, and *Deer Hunter*. Consumers have learned to associate the Glu brand with games that are so enthralling they are nearly impossible to put down.

6.     Glu has invested substantial resources developing an immersive, unique, and compelling mobile game, *Deer Hunter 2014*, the latest and the most successful game in the *Deer Hunter* series.  Glu's investments in *Deer Hunter 2014* and other games have enabled it to reach a massive global audience.  Consumers have downloaded *Deer Hunter 2014* more than 100 million times since its commercial release.

7.     In 2010, Glu transitioned toward becoming an entirely free-to-play business model with optional in-game purchases for premium features or virtual goods (a "freemium" model). Consistent with this model, in *Deer Hunter 2014*, players can download the game for free and either play it for free, or purchase in-game currency that they can exchange for weapons, weapon upgrades, extra "energy" to allow additional mission play, and boosters to deal extra damage or slow down time.  These types of optional "in-app purchases" are Glu's most significant revenue source.  Glu's revenue thus depends on its ability to offer compelling games with an attractive combination of in-game options that players find valuable.

8.     Glu's business model also depends on being able to draw a large, active player base.  Growing the number of players is essential, as the substantial majority of *Deer Hunter 2014* players do not opt to make an in-game purchase.  However, Glu is often still able to monetize these players through the advertisements and offers it includes in its games.  In addition, Glu cross-promotes its games by, for example, informing players of *Deer Hunter 2014* that they may also enjoy *Dino Hunter: Deadly Shores*.  As a result, having a large number of players for *Deer Hunter 2014* directly impacts the success of Glu's other games.

9.     Prior to *Deer Hunter 2014*'s official launch, Glu did limited releases of the game in certain markets, including within Canada, beginning in June 2013.  Glu publicly launched *Deer*

*Hunter 2014* in the United States on or about September 17, 2013.  It is available on smartphones and tablets through multiple platforms, including the Apple App Store, Google Play, the Amazon Appstore, and Facebook.  *Deer Hunter 2014* has been enormously successful, becoming the second most downloaded free iPhone game in the United States on its release date of September 17, 2013.  By September 20, 2013 it was the most downloaded free iPhone game and the 17th top grossing iPhone game in the United States.  *Deer Hunter 2014* ultimately reached the #4 rank on the iPhone chart of top-grossing games in the United States and maintained a top-20 rank for more than three months.  *Deer Hunter 2014* also achieved a similar level of success in the Google Play store, reaching a #6 rank among the top-grossing games in the United States and maintaining a top-20 rank for approximately three months.

10.    The marketplace has received *Deer Hunter 2014* with rave reviews.  Reviewer Greg Srisavasdi, on the popular review site arcadesushi.com, enjoyed the various scenarios, levels, and weapon combinations available.  He proclaimed, "I was surprised by the sheer variety of Deer Hunter 2014. Whether it's customizing your weapon or discovering a new animal to track and kill, the game consistently kept me engaged . . . . It could have been a one dimensional shoot and kill title, but it brings much more to the table thanks to its customization options and streamlined game play."  In *Long Lasting Apps & Games*, reviewer Jamie Davies called it a "fantastic shooter with slick graphics and great challenges. Beautiful environments and highly customisable weapons will keep you coming back."  The review in *Games not only for gamers but also for Fun lovers* advised readers to "Take your Snipers and Ready to go for a hunting ride (not in actuality). This game will gives you the real feel of hunting. Very good graphics and realistic experience."  In addition, *Deer Hunter 2014* has received significant critical and consumer praise, including winning the Best Android Game Award for 2013 in the Shooter category and Gamesland's People's Choice Award for 2013, as well as being named a finalist in Google Play's Player's Choice Awards for 2013.

11.    *Deer Hunter 2014* features a unique game experience, plot, actions, sequence and flow, dialogue, layout, and overall look and feel, all of which are protected by copyright. Hothead copied virtually all of these protectable elements. *Kill Shot* incorporates the same

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

hunting theme and the *exact* same gameplay with numerous expressive elements taken from *Deer Hunter 2014*. This includes, among other things, the appearance, style, sequence, action, presentation, text and/or flow of (1) the tutorial; (2) in-game play screens; (3) the weapon shop and upgrade screens; (4) the mission objective, mission completion, and mission progression (map) screens; and (5) currency purchase screens. *Kill Shot* also copies *Deer Hunter 2014*'s in-game user interface including the selection of buttons and other features and their placement, game-progression dynamics, currency acquisition, graphics, movements, weapon categories, weapon prices, and overall look and feel.

12.     From the moment *Kill Shot* was released, players immediately recognized it as a clone of *Deer Hunter 2014* (and noted that it is also a lot like another Glu game, *Dino Hunter: Deadly Shores*). The following is just a small sample of such user comments, with more and more being posted virtually every day:

- **"Kill Shot Like Deer hunter … but with people"**
- **"Deja vu Just like deer hunter 2014 and Dino hunter from glu"**
- **"Pictures do no justice...think deer hunter 2014 with people"**
- **"Heard of dear [sic] hunter? Heard of dinosaur hunter? Well this is just the same but for humans!"**
- **"Just like Deer Hunter and Dino Hunter, except with people and snipers and junk."**
- **"Same game as Deer Hunter 2014 and Dino Hunter: Deadly Shores by GLU only you're a sniper killing soilders [sic]"**
- **"The exact same thing as Deer Hunter just everything has a different skin. Same weapons except they look different, same behaviour of enemies."**
- **"Basically 100% same gamplay as deer hunter, with enemies instead of animals."**

13.     As these and other user comments demonstrate, consumers associate the inherently distinctive collaboration of gameplay and visual elements in *Deer Hunter 2014* and similar games with Glu. These distinctive visuals and other elements, which are not essential to the function of

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   the game, constitute a protectable trade dress.

2        14.    *Kill Shot* is confusing consumers as to its source due to its use of highly similar

3   visuals and other protected elements of *Deer Hunter 2014*.  Confusion is not just likely; user

4   comments demonstrate that consumers are *already* confused about the affiliation between *Kill*

5   *Shot* and *Deer Hunter 2014*.  As one stated, "**Downloaded and played this for a bit last night.**

6   **It's exactly a clone, of Dino hunter/Deer hunter.  Is there any relation between Hothead &**

7   **Glu? or is this a straight up clone**?"

8        15.    Hothead has released *Kill Shot* on many of the same platforms as *Deer Hunter*

9   *2014*, including the Apple App Store and Google Play, which are the two distribution channels by

10   which Glu generates the significant majority of its *Deer Hunter 2014* revenues.  *Kill Shot*'s

11   presence in the market is causing considerable harm to Glu.  By reducing the number of *Deer*

12   *Hunter 2014* players, or the time that existing players spend playing *Deer Hunter 2014*, *Kill Shot*

13   diverts revenue Glu otherwise would receive from those players' in-game purchases.  *Kill Shot*

14   also impacts Glu's ability to cross-promote its games, reducing its revenue in both related and

15   unrelated titles.

16        16.    Glu's business model also depends on its ability to leverage the *Deer Hunter 2014*

17   game engine to create franchise extension games.  For example, Glu developed *Dino Hunter:*

18   *Deadly Shores* by substantially reusing many components of *Deer Hunter 2014*, including

19   components that Hothead copied in *Kill Shot*.  Reusing components of *Deer Hunter 2014* in

20   franchise extension games allows Glu to reduce development costs and shorten time to market.

21   Moreover, by leveraging *Deer Hunter 2014*'s proven game engine, design and economy, Glu

22   increases the likelihood that its franchise extension games will succeed commercially.  Glu

23   demonstrated this successful strategy with *Dino Hunter: Deadly Shores*, which cost substantially

24   less and took far less time to develop than *Deer Hunter 2014*, and which achieved significant

25   commercial success—*Dino Hunter: Deadly Shores* has been downloaded more than 25 million

26   times since its July 2014 commercial launch in the United States, reached the #1 chart position

27   among Top Free Games in the United States in both the Apple App Store for iPhones and the

28   Google Play store, and achieved the #14 rank among top grossing iPhone games in the United

Fenwick & West LLP
Attorneys at Law
San Francisco

States.

17.     *Kill Shot*'s presence in the market not only significantly harms Glu with respect to *Deer Hunter 2014*, as noted above, but it is also reduces the number of players of *Dino Hunter: Deadly Shores*, undermining the revenues that Glu derives from that game.  Furthermore, Glu intends to continue to develop games extending the *Deer Hunter* franchise, potentially including games utilizing human targets.  However, because *Kill Shot* occupies the market of shooter games involving people as targets, it saturates a market that is a natural progression for the *Deer Hunter* game series, thus undermining Glu's ability to enter that market.

## PARTIES

18.     Glu is a Delaware corporation with its principal place of business in San Francisco, California.

19.     On information and belief, Hothead is a Canadian corporation with its principal place of business in Vancouver, British Columbia.  Hothead offers its games, including *Kill Shot*, internationally, making *Kill Shot* available in English, French, German, Italian, Japanese, Korean, Portuguese, Russian, Spanish, and Traditional Chinese.[1]  Hothead markets, distributes and displays its games, including *Kill Shot*, in the United States and throughout this District.  According to Hothead's website, Hothead's "growing game catalogue has already earned [it] legions of fans around the world," and its Big Win Sports series has "been downloaded one hundred million times."  Hothead also proclaims that it "plan[s] to keep winning over more loyal fans, building more platform-pushing technology and delivering more big entertainment for little screens everywhere."[2]

20.     On information and belief, Hothead employees regularly travel to the United States, including this District, in connection with Hothead's business.  For example, Hothead is reported to have attended the Casual Connect gaming conference in San Francisco, California on July 22 and 23, 2014.[3]  On September 29, 2014, Hothead posted on its Facebook page the

---

[1] *See* https://itunes.apple.com/us/app/kill-shot/id839703707?mt=8.

[2] *See* http://www.hotheadgames.com/about/about-hothead/.

[3] *See* http://www2.news.gov.bc.ca/news_releases_2013-2017/2014MIT0047-001033.htm.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

statement "Great news! Kill Shot is the #1 downloaded game in US" as well as a "video of the day" with a United States iTunes URL.[4] On information and belief, Hothead also maintains a Facebook page dedicated solely to promoting *Kill Shot*.

## JURISDICTION AND VENUE

21.     Glu brings this action pursuant to the Copyright Act, including 17 U.S.C. §§ 106 and 501, and the Lanham Act, including 15 U.S.C. § 1125.

22.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

23.     This Court has personal jurisdiction and venue is proper in this District under 28 U.S.C. § 1391 because Hothead's infringing game is marketed, distributed and/or displayed within this District, through platform companies that are located here, including Apple, Google and Facebook, and because Hothead directed its infringing game at California while knowing that Glu resides in California and would suffer injury in California from Hothead's infringement.

## INTRADISTRICT ASSIGNMENT

24.     This is an Intellectual Property Action to be assigned on a district-wide basis pursuant to Civil Local Rule 3-2(c).

## HOTHEAD'S COPYING OF *DEER HUNTER 2014*

25.     Hothead has incorporated virtually all of *Deer Hunter 2014*'s protectable and distinctive elements into *Kill Shot*. The result is a game that looks, feels, and plays just like *Deer Hunter 2014*. Among other things, Hothead has copied *Deer Hunter 2014*'s tutorial, core gameplay (including target alertness and the nature of features such as scopes, infrared thermal vision, power-ups, and firing), weapon types and statistics, weapon and upgrade purchase screens, game layout of zones, quantity of missions, method of progression between zones, mission types, pre-load screen, mission completion screens, in-game economy, weapon pricing, and in-app purchase structure. The five categories described below (which by no means embrace all of the elements of *Deer Hunter 2014* that Hothead copied) illustrate the breadth and extent of Hothead's

Fenwick & West LLP
Attorneys at Law
San Francisco

---

[4] https://itunes.apple.com/us/app/kill- shot/id839703707?mt=8&uo=4&at=1l3vr9h. *See* https://www.facebook.com/hotheadgames.

1   copying and stealing from *Deer Hunter 2014*.  These and the other similarities between the games

2   are in no way dictated by the genre of the games, or their rules, or functional considerations.

3   Rather, they stem from creative choices Glu made in developing *Deer Hunter 2014* and other Glu

4   games.  Ultimately, Glu created a highly distinctive game with numerous original elements,

5   nearly all of which Hothead copied wholesale.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**(1)** **Similarity of Tutorials**

26.     The conspicuous similarity between *Kill Shot* and *Deer Hunter 2014* is obvious as soon as a player begins each game's respective opening tutorial.  *Kill Shot* copies the appearance, presentation, text and sequence of *Deer Hunter 2014*'s tutorial—all of which were the result of creative choices made by Glu's development team—almost entirely.

27.     *Deer Hunter 2014*'s tutorial goes through 21 steps to teach the player the core gameplay mechanics. *Kill Shot* copies, nearly identically, in nearly the same order, and in the exact same sequence, 18 of these 21 steps and the same sequence of five images.  This nearly one-to-one correspondence of the tutorial screens is shown in the table below:

|  | ***Deer Hunter 2014* Tutorial Sequence:** | ***Kill Shot* Tutorial Sequence:** |
|---|---|---|
| 1 | Loading screen with landscape | Loading screen with landscape |
|  | N/A | Landing Screen |
| 2 | Mission objective screen | N/A |
| 3 | How to move | (See Step 20) |
| 4 | How to aim | How to aim |
| 5 | How to use the scope | How to use the scope |
| 6 | How to increase the zoom | How to increase the zoom |
| 7 | How to shoot | How to shoot |
| Sequence-1 | Shot fired | Shot fired |
| Sequence-2 | Animation of muzzle fire | Animation of muzzle fire |
| Sequence-3 | Bullet time animation of shot | Bullet time animation of shot |
| Sequence-4 | Animation of bullet impact | Animation of bullet impact |
| Sequence-5 | Close-up of dying target on ground | Close-up of dying target on ground |
| 8 | "Hunt complete" pop-up | N/A |
| 9 | Mission summary screen | Mission summary screen |
| 10 | (Infrared tutorial after 6th mission) | Infrared (Thermal) tutorial |
| 11 | Explanation of weapon store and how to | Explanation of weapon store and how |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

|  |  | get there | to get there |
|---|---|---|---|
|  | 12 | Display of weapon categories | Display of weapon categories |
|  | 13 | Explanation of weapon model | Explanation of weapon model |
|  | 14 | Prompt to purchase secondary weapon | Prompt to purchase secondary weapon |
|  | 15 | Prompt to equip as secondary weapon | N/A |
|  | 16 | Explanation of different mission types | Explanation of different mission types |
|  | 17 | Selection of non-primary mission type | Selection of non-primary mission type |
|  | 18 | Mission objective screen | Mission objective screen |
|  | 19 | How to swap weapons | How to swap weapons |
|  |  | (See Step 3) | How to move |
|  |  | N/A | Equipment recommendation screen |
|  | 20 | Equipment recommendation screen | Equipment recommendation screen |
|  | 21 | Weapon upgrade screen | Weapon upgrade screen |

28.     Most of *Kill Shot*'s tutorial screens also bear a strong resemblance to *Deer Hunter 2014*'s corresponding tutorial screens, and/or contain nearly identical text.   As just one of many examples, *Kill Shot*'s tutorial screens that teach the player how to aim are nearly identical to *Deer Hunter 2014*'s corresponding tutorial screens.  In both, the scope is positioned in the same place in both games, at the bottom left corner.  The tutorial then instructs the user how to adjust the zoom for additional magnification beyond 2x with a sliding button.  *Kill Shot* copies *Deer Hunter 2014*'s zoom slider not just in appearance but also its gameplay behavior and interaction with other game components by tightening the crosshairs and magnifying the effect of weapon instability or swaying.  The order of instruction for aiming, using the scope, and using the zoom slider is the same, and the text explaining each step is similar.  Further, the tutorial enables the "shoot" button only after the player successfully zooms in.  Upon taking the tutorial shot, and with the final shot to complete each mission, both games go into the same five image sequence. These similarities are shown in the pairs of images below:

| Images of *Deer Hunter* | Images of *Kill Shot* |
|---|---|

### How to aim: "drag your finger…to aim"



### How to use the scope: "tap to take aim" / "tap the button to bring up your sights"




### How to increase the zoom: "slide the zoom"




FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COMPLAINT FOR COPYRIGHT AND
TRADE DRESS INFRINGEMENT

Case No.:  3:14-cv-04917

**How to shoot: "tap to take the shot" / "tap the button to shoot"**



**Shot fired; muzzle fires**



**Bullet time animation of shot**

**Bullet impact; close-up of dying target**



FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

**(2)     Similarity of In-game Screens, Gameplay Elements, and Events**

2      29.     *Kill Shot* also copies certain unique and distinctive elements of the gameplay of

3   *Deer Hunter 2014.*  For example, *Kill Shot* flagrantly copies a core feature that Glu designed into

4   *Deer Hunter 2014,* the alert meter.  *Kill Shot* copies the details of this feature down to the

5   appearance.  In both games, a player has an initial period to survey the landscape and plan an

6   attack.  As the player lingers, however, at the top of the screen under the mission objective, an

7   alert bar signified by an exclamation point begins to fill with red shading.  Alternatively, when

8   the player takes a first shot in a mission, the alert bar fills with red.  In either case, when the alert

9   meter is fully colored in *Kill Shot* or *Deer Hunter 2014*, the targets are put on alert and can flee or

10  engage the player. The images below show the filling and full alert meter in each game.

11          **Images of *Deer Hunter***                    **Images of *Kill Shot***

 

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

30.     *Kill Shot* also copies other unique *Deer Hunter 2014* gameplay features.  There are limitless choices Hothead could have made to allow players to dole out more damage or to otherwise make carrying out a mission easier, but Hothead chose to copy the same original choices that Glu made.  *Kill Shot* offers "piercing" ammunition equivalent to *Deer Hunter 2014*'s "hollow point" bullets used for doing extra damage.  Both games also prominently feature a virtual sports drink the player can consume to seemingly slow down time and increase awareness. When a player obtains either the special ammunition or drink, both games display their images near the bottom center of the screen. Hothead had no reason to implement these exact elements of *Deer Hunter 2014*, right down to their placement and appearance on the game screen, other than that it wanted to offer the same user experience as Glu.

31.     Hothead also copies Glu's choice to challenge players to aim at and shoot specific body parts of the targets.  To facilitate this, *Kill Shot* also copies not merely the existence and function, but the unique appearance and effects of *Deer Hunter 2014*'s infrared feature (which *Kill Shot* refers to as "thermal").  This feature lights up the target's higher temperature areas so that the player can more easily locate and aim at vital body locations.  As shown in the screenshots below, *Kill Shot* copies *Deer Hunter 2014*'s infrared feature and implementation. The first set of screenshots depict the games' corresponding infrared and "thermal" bars, which show the time remaining during which the player can view the target using the heat-detecting scope on the weapon.  As part of *Deer Hunter 2014*'s design, Glu decided to limit the duration of the thermal view to a matter of seconds.  *Kill Shot* copies this design choice, manifested by the identical use of yellow thermal bars in the bottom left area of the screen. The second set of screenshots below depicts the similar effect in both games when using the thermal feature: in both games, the player sees the targets take on a bright reddish orange hue against a bluish purple background, while objects outside the view of the scope are still faintly visible on the screen.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

**Images of *Deer Hunter***      **Images of *Kill Shot***

2

3

4

5

6

7

8




9

10

11

12

13

14

15




16      32.     Hothead has even chosen to poach popular seasonal features original to *Deer*

17 *Hunter 2014.* In October 2013, Glu released a "zombies" promotion in *Deer Hunter 2014* (with

18 re-releases in March and October 2014), where the player can hunt aggressive zombie targets by

19 hitting them in specific body parts. Hothead likewise implemented and promoted zombies in *Kill*

20 *Shot* in October 2014. Hothead could have made an original variation of its game but instead

21 copied Glu's creative choice, right down to choosing the same type of targets (zombies) instead

22 of any of an infinite number of other possible villains or monsters.

23      ***Deer Hunter* Zombie Event**      ***Kill Shot* Zombie Event**

24

25

26

27

28




FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    **(3) Similarity of Weapon Statistics and Weapon/Upgrade Purchase Screens**

2          33.      *Kill Shot* also blatantly copies *Deer Hunter 2014*'s weapon statistics, weapon

3    store, weapon upgrades, and user experience for purchasing or upgrading weapons.  The weapon

4    statistics have uncanny overlap.  While weapons in FPS games often have a certain amount of

5    "damage" they can inflict, Hothead did not need to use the exact same categories of weapon

6    statistics that *Deer Hunter 2014* utilizes—accuracy (*i.e.*, stability), max zoom, clip size (*i.e.*,

7    capacity), and thermal (*i.e.*, infrared).  Moreover, Hothead did not need to copy Glu's Region 1

8    rifle with the exact same weapon statistics for infrared and clip size, and similar weapon power,

9    max zoom, and stability statistics.

10          **Image of *Deer Hunter***                          **Image of *Kill Shot***



17          34.      *Kill Shot* replicates *Deer Hunter 2014*'s weapon store.  Both games begin with the

18    same basic primary rifle, but the player can purchase alternative weapons or equipment upgrades

19    through a virtual weapon store.  In each game, each alternative weapon can be carried as a backup

20    and swapped with the primary weapon, but a player may only carry two weapons into a mission.

21    In the store, Glu made the uncommon choice of allowing *Deer Hunter 2014* players to select not

22    only a generic type of weapon such as a double-barreled shotgun, but rather specific models of

23    weapons with corresponding fictional attributes within five category types.  In both games'

24    weapon stores, a player can select a category of weapon from a sliding bar at the bottom of the

25    screen.  Within a category, the player can then select a specific model of weapon from a similar

26    sliding bar at the bottom of the screen.  When the player selects a specific weapon model, both

27    games show a rotatable image of the weapon, with a horizontal list of its attributes and statistics,

28    and a sliding bar showing optional upgrades.  *Kill Shot* weapons have the same suite of statistics

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    as *Deer Hunter 2014*.  Moreover, just like *Deer Hunter 2014*, *Kill Shot* prevents the player from

2    upgrading certain statistics, including reload time and fire rate, and thus hides them in the weapon

3    upgrade screen.  In both games, these non-upgradable statistics are only visible when a player

4    seeks to purchase a new weapon.

**Image of *Deer Hunter***                    **Image of *Kill Shot***



35.    *Deer Hunter 2014* offers equipment upgrades to boost weapon attributes, such as

ammunition for power, stock for stability, or sight for max zoom.  *Deer Hunter 2014* also offers

two combination upgrades of muzzle and barrel, where each upgrade improves both power and

stability.  Hothead copied these exact upgrade categories and their correspondence to the same

fictional attribute or attribute combination.  The weapon statistics for the two rifles below in their

base, un-upgraded state is more than coincidentally similar, with identical clip size and fire rate

and substantially similar power, stability, infrared, and reload time.  There was no reason for *Kill

Shot* to use these same statistics, much less the layout, appearance, and user experience of the

weapon store, other than that it wanted to copy *Deer Hunter 2014*.

36.    Further, Hothead's implementation of a rifle type that Glu intentionally mislabeled

exemplifies *Kill Shot*'s wholesale copying.  *Deer Hunter 2014* firearms labeled as assault rifles

(which are typically fully automatic and can fire multiple rounds when the "fire" button is held

down) actually fire like (semi-automatic) sporting rifles with one bullet per shot, even if the "fire"

button is held down; *Kill Shot* has replicated this labeling and firing capability.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| Images of *Deer Hunter* | Images of *Kill Shot* |
|---|---|



37.     Hothead has also promoted its game using images showing its weapon customization feature (a unique implementation in *Deer Hunter 2014*).[5]  This screen resembles a *Deer Hunter 2014* screen.  As shown in the below screenshots, Hothead uses almost identical wording, in the same position, with the same black bars under a golden font that has lighter shading at the top and darker shading at the bottom.  There was no need for *Kill Shot* to copy this distinct appearance.

| Image of *Deer Hunter* | Image of *Kill Shot* |
|---|---|



---

[5] *See* https://play.google.com/store/apps/details?id=com.glu.deerhunt2&hl=en) and https://itunes.apple.com/us/app/kill-shot/id839703707?mt=8.

COMPLAINT FOR COPYRIGHT AND
TRADE DRESS INFRINGEMENT                    19                    Case No.:  3:14-cv-04917

**(4)** **Similarity of Mission Screens (Objective, Completion and Progression)**

38.    Hothead copied *Deer Hunter 2014*'s original and distinctive screens depicting missions and mission results, the variety of mission types, and the progression of the game through regions.

39.    The inclusion of a mission objective screen is not necessary for an FPS game, and it certainly was not necessary for Hothead to use one that looks so similar to Glu's.  The layout, style and feel of *Kill Shot*'s mission objective screen is nearly identical to *Deer Hunter 2014*'s, with a peaceful waterfall in the background and the unsuspecting target depicted in the foreground, as shown below.  The start and begin keys are in the same location.  The screen prominently displays the mission in a tall, all-capitalized, sans-serif font, with the description of the kill target in the same relative position, immediately below the mission title.

| **Image of *Deer Hunter*** | **Image of *Kill Shot*** |
|---|---|

 

40.    Upon a mission failure, players in both games are presented with very similar screens identifying the results of the mission, as shown below.  Along the top side of the screen, *Kill Shot* copies *Deer Hunter 2014*'s "energy bar," which displays how many additional missions a player can undertake (and which slowly replenishes over time), level and experience indicator, and the amount of two different currencies (cash and gold), in that exact same order.  *Kill Shot* copies *Deer Hunter 2014*'s use and depiction of two currencies: (1) dollars depicted as a brown-band-wrapped stack of green bills, which users acquire through game play; and (2) gold depicted as a bar, which users mostly have to acquire through in-app purchases using real money.  Although implementation of a time gating feature on player mission advancement could take nearly any form, *Kill Shot* copies *Deer Hunter 2014*'s form: a ten-segment, lightning-bolt energy

Fenwick & West LLP
Attorneys at Law
San Francisco

1  bar, where the filled segments represent remaining mission attempts.  The mission failure

2  message, stats, the "restart" and "next" buttons and other text are similar in color, position, and

3  content.

4    **Image of *Deer Hunter***          **Image of *Kill Shot***

 

11    41.    *Kill Shot* mimics the progression of *Deer Hunter 2014* through regions, most of

12  which must be unlocked before the player can access them.  As the below screenshots

13  demonstrate, *Kill Shot*'s mission progression screen showing these regions looks strikingly

14  similar to *Deer Hunter 2014*'s, with a highly similar map background, placement of icons

15  denoting regions, and layout and appearance of buttons and other features including currency,

16  mission requirements or recommendations, objectives, and incentives.

17    42.    Most tellingly, *Kill Shot* copied the *Deer Hunter 2014*'s three core mission types:

18  1) missions to progress through a region  ("Hunting Series" or "Primary"); 2) five special

19  missions that are also essential to game progression ("Trophy Hunt" or "Black Ops"); and

20  3) auxiliary missions to acquire money ("Contract Hunt" or "Support").  The first two mission

21  types in each game revolve around rifle gameplay; a player can beat either game using only the

22  rifle.  In both games, the player's progress in completing those sets of rifle-based missions is

23  shown next to the icon for the mission type by use of horizontal black bars that fill with green

24  from left to right.  Meanwhile, the third type of mission in each game favors secondary weapons

25  (for example, shotguns or assault rifles), such that *Kill Shot*, like *Deer Hunter 2014*, encourages

26  players to buy and use more than one weapon in each zone. As shown below, the layout is

27  identical, with the two primary types of missions above the auxiliary missions, a graphic

28  depiction of the selected mission's target at the top of a panel on the right with a text instruction

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

immediately below, and a green reward number and currency icon below that. Even the arbitrary mission rewards are similar.

43. In addition, *Kill Shot* copies the choice Glu made in *Deer Hunter 2014* to recommend certain gear for particular missions and show icons for those upgrades immediately above the button to proceed with the mission. In the example below, both games show a similar mission: not just to defeat the enemy, but to kill with a "heart shot" or a "head shot," respectively. To show the minimum weapon statistics the player should have in order to accomplish this, each game shows four squares. From left to right, those squares represent weapon power, accuracy, zoom, and thermal sight minimums. Superimposed on the lower right corner of these squares are green checkmarks for met minimums and red/orange exclamation marks for unmet minimums. Selecting the squares showing the unmet weapon statistics allows the player to purchase the recommended upgrades.

| Images of *Deer Hunter* | Images of *Kill Shot* |
|---|---|






44. Hothead also copied *Deer Hunter 2014*'s unique gameplay governing the quantity, accessibility, and sequencing of regions in *Kill Shot*. *Kill Shot* copied the same arbitrary number of missions per region: 30, 35, and 40 missions in the first, second, and third regions,

respectively. Moreover, as illustrated by the example above, *Deer Hunter 2014* utilizes a "recommendations and requirements" feature to control access to hunts, under which some hunts have required equipment that *must* be owned if the player wants to enter the hunt, and others merely have recommendations for equipment that will likely aid the player's performance on the hunt. *Kill Shot* copies the operation of this system by including power, max zoom, and stability requirements on the "Black Ops" missions that mirror those in *Deer Hunter 2014*'s "Trophy Hunt" missions. *Kill Shot* also copies *Deer Hunter 2014*'s unique layout, flow and depiction, right down to the color of the text informing a user that a requirement is or is not met (orange for failing a recommendation, red for failing a requirement). Glu specifically created this design for strategic purposes, and there is no reason for *Kill Shot* to have used the same structure other than to copy and take advantage of Glu's well-researched, unique, strategic implementation in *Deer Hunter 2014*. Indeed there is nothing in the FPS genre that requires the use of such a system (much less one that looks and feels just like Glu's).

### (5)   Similarity of Game Economies and In-App Purchases

45.   *Kill Shot* also copied nearly the entire economic scheme of *Deer Hunter 2014*, which Glu refined during the course of months of beta testing prior to full worldwide release of the game, including the amount of the rewards players receive for successful shots or missions, equipment pricing, and reward dollars.

46.   Both games grant a similar monetary reward for completing mission objectives and performing accurate shots. The first region of each game nets the player almost exactly the same amount ($13,548 in *Deer Hunter 2014* vs. $13,709 in *Kill Shot*). In fact all of the *Kill Shot* mission payouts for a certain type of missions are within 1% of the *Deer Hunter 2014* payouts for equivalent missions; payouts for two other types of missions are each within a fixed percentage of the payouts for the analogous *Deer Hunter 2014* missions. This monetary scheme is completely arbitrary, not driven by functional or other requirements. There was no need for Hothead to copy it.

47.   In addition, the prices for several weapons are virtually identical in both games. Similar pricing and pricing structure has been used in other of Glu's games and has been uniquely

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  implemented in *Deer Hunter 2014*.  For example, *Deer Hunter 2014*'s Region 2 "soft currency"

2  (green dollar bill money) Rifle and Region 3 "soft currency" Rifle are $6,750 and $15,260,

3  respectively, whereas *Kill Shot*'s pricing for these same weapons is $6,732 and $15,257,

4  respectively.  The "hard currency" (gold bar money) rifles in each of *Deer Hunter 2014*'s Region

5  1, Region 2 and Region 3 are $90, $180, and $350 respectively, whereas the rifles for the same

6  regions of *Kill Shot* are $90, $180, and $360.  Prices for 9 of the 12 "hard currency" weapons

7  available in the first three regions of these games are identical or nearly identical – within 1 to 3

8  "hard currency" units.  As for the 7 "soft currency" prices and "soft currency-only" weapons,

9  prices for 5 of the 7 *Kill Shot* weapons are nearly identical as the *Deer Hunter 2014* weapons,

10  varying from as little as 0.0005% to 9.7% ($6,103 in *Kill Shot* to *Deer Hunter 2014*'s $6,695).

11  This copying of pricing appears to be continuing in *Kill Shot*'s latest releases of its Regions 4

12  and 5 as all of the weapons, other than a single departure point, appear to be within 3–5 currency

13  units from the equivalent weapons in *Deer Hunter 2014*'s Regions 4 and 5.  But *Deer Hunter

14  2014*'s pricing scheme is completely arbitrary, not dictated by functional or other requirements

15  such as real world pricing.  So there was no need for Hothead to copy it.

**Image of *Deer Hunter***          **Image of *Kill Shot***



22  48.    Moreover, *Kill Shot* copies *Deer Hunter 2014*'s unique offering of weapons for

23  either a "soft currency" or a "hard currency" price.  Allowing players to purchase weaponry with

24  two different currencies is a choice original to *Deer Hunter 2014*.

25  49.    *Kill Shot* also copies the reward dollar's unique expression and exchange rate.  In

26  both games, dollars are depicted with a brown rubber band across the middle of each stack of

27  green bills.  *Kill Shot* similarly describes the lowest price as a "pocket of bucks," akin to *Deer

28  Hunter 2014*'s "pocket change."  The conversion rate of real money to game dollars is identical

for the first two options, and only a few percent off for the others (4% and 6.25% for the next two). There was no reason for *Kill Shot* to use this same pricing structure.

50.      That all of the above-described similarities are the result of Hothead's slavish copying, not coincidence, is evidenced further by the fact that Hothead even duplicated an unintentional aspect of *Deer Hunter 2014*'s reward scheme. Both games reward additional dollars for skill shots:  heart or lung shots in *Deer Hunter 2014*, and head shots or multi-kills in *Kill Shot*.  Players would reasonably expect these rewards to increase proportionally as they progress to more challenging levels or regions, which is what Glu intended for them to do. However, due to a bug in the game, that proportional increase was not implemented. *Kill Shot* has this same idiosyncratic implementation, unintended by Glu, where the value for these shots actually *decreases* relative to the cash acquired for beating the level as the player progresses. This is no explanation for this other than that Hothead simply copied Glu's economic scheme.

51.      For these and all the reasons stated above, the similarities described above are not merely the result of two games existing in the same genre.  They are the result of willful infringement by Hothead.

### FIRST CAUSE OF ACTION

#### (Federal Copyright Infringement)

52.      Glu repeats, realleges, and incorporates each and every allegation of the foregoing paragraphs, as though fully set forth herein.

53.      Glu's *Deer Hunter 2014* is an original and creative expressive work that constitutes copyrightable subject matter under 17 U.S.C. § 101 *et seq.*  Glu has owned all rights and privileges for this work at all relevant times.  Glu has applied for copyright registrations from the United States Registrar of Copyrights for two versions of *Deer Hunter 2014*, bearing registration numbers PA 1-916-405 and PA 1-914-671.

54.      Hothead had access to *Deer Hunter 2014* by virtue of its widespread popularity and distribution via various platforms all over the world, including in Canada where Hothead is located.

55.      Hothead copied substantial original elements of *Deer Hunter 2014*.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

56.     The original elements of *Deer Hunter 2014* that Hothead copied were and are copyrightable subject matter, owned by Glu.

57.     By its actions described above, Hothead has infringed and continues to infringe Glu's copyrights by, without limitation, copying, publicly displaying, and distributing *Kill Shot*, without authorization from Glu.

58.     On information and belief, Hothead's infringement has been deliberate and with willful disregard of Glu's rights.

59.     Hothead has realized unjust profits, gains, and advantages as a proximate result of its infringement.  These gains are ongoing as the infringement continues.  On information and belief, Hothead has the right and ability to control the infringing conduct including the ability to determine its own conduct, and Hothead can access and use its revenue from *Kill Shot*.  This revenue is a direct financial benefit to Hothead.

60.     As a direct and proximate result of Hothead's infringement, Glu has suffered, and will continue to suffer, actual damages.  Glu is entitled to its actual damages and any gains, profits, and advantages Hothead obtained through infringement.  Alternatively, Glu may elect an award of statutory damages under the Copyright Act.

61.     Glu has no adequate remedy at law for its current and prospective injuries.  Hothead's continued wrongful conduct will cause Glu irreparable injury that cannot be adequately remedied at law unless the court enjoins Hothead from further infringement.

## SECOND CAUSE OF ACTION

### (Trade Dress Infringement)

62.     Glu repeats, realleges, and incorporates each and every allegation of the foregoing paragraphs, as though fully set forth herein.

63.     At all relevant times, Glu has owned all intellectual property rights, including trade dress, for *Deer Hunter 2014*.

64.     Since at least 2013, Glu has owned a unique and distinctive product line, whereby Glu has combined accuracy, hunting, infrared imaging, alertness, economic models, layout, arrangement and visual presentation of features, sequence and flow, and various other elements

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

into a mobile game, including but not limited to, *Deer Hunter 2014*.  *Deer Hunter 2014* combines these and other nonfunctional elements into a unique game progression with a distinctive look and feel.  Glu has expended substantial effort and money combining these individual elements into *Deer Hunter 2014*, and Glu's specific combination of these elements constitutes a protectable trade dress.  This specific combination has contributed to Glu's unique product line with a characteristic and non-functional visual display and overall appearance.  *Deer Hunter 2014* has achieved secondary meaning with consumers, causing them to identify it and similar mobile games with Glu.

65.     Glu has expended substantial resources to design, manufacture, advertise, and sell its product line with unique trade dress, including without limitation *Deer Hunter 2014*.  Glu derives value from its unique products such as *Deer Hunter 2014*, and consumers associate Glu's products with exceptional quality.

66.     Hothead's *Kill Shot* infringes Glu's trade dress in its distinctive product line, including *Deer Hunter 2014*.  *Kill Shot* imitates Glu's accuracy-centered hunt through its copycat combination of Glu elements such as, among other things, mission selection, objective completion/failure displays, zoom and targeting icons, alertness warning and mode, infrared mode, power-ups, weapon statistics, zone accessibility, zone sequencing, mission quantity, and reward structure, none of which is essential to the function of the respective games.  By duplicating the total image and overall appearance of Glu's trade dress, Hothead intentionally and willfully uses and benefits from Glu's intellectual property without its consent and in a manner that is likely to cause consumer confusion or mistake as to its source or affiliation with Glu.  Hothead has at least acted with reckless disregard for Glu's *Deer Hunter 2014* trade dress.

67.     Hothead's activities have reduced Glu's sales and the value of its brand.

68.     Glu has evidence of actual consumer confusion.  *Kill Shot* users have already expressed that they perceive a relationship between *Deer Hunter 2014* and *Kill Shot* due to the similarity between the games.

69.     On information and belief, consumers are spending less time playing *Deer Hunter 2014* due to the availability of *Kill Shot*.  As just one example, one consumer stated: "**So far it's been good cool ta switch back and forth ta deer hunter.**"

70.     Consumers have supported Glu's secondary meaning in the industry by referring not only to *Deer Hunter 2014* when thinking about *Kill Shot*, but also to Glu's *Dino Hunter: Deadly Shores* game.  Consumers have stated regarding *Kill Shot*:

- "**Deja vu Just like deer hunter 2014 and Dino hunter from glu**"

- "**Great game Awesome just like the Dino Hunter game. Very addictive game. Just like deer hunter**"

- "**Pretty sweet Just like Deer Hunter and Dino Hunter, except with people and snipers and junk. Pretty rock-n-roll**"

- "**Good game. Very similar to others. Same game as Deer Hunter 2014 and Dino Hunter: Deadly Shores by GLU only you're a sniper killing soilders [sic]. Not bad though. Graphics are great. Load time is quick. Entertaining overall. Five Stars**"

- "**Kill Shot Awsome [sic] game if you like games like deer hunter youll love this good game Reminds me of Dino hunter just with people, but awesome game, you should add some more detail to the people like limbs flying off!!**"

- "**Amazing Graphics, awesome Heard of dear [sic] hunter? Heard of dinosaur hunter? Well this is just the same but for humans! Amazing or what?!?! DOWNLOAD IF YOU WANT YOUR LIFE TO BE COMPLETE!**"

71.     Consumers have also drawn other direct comparisons to *Deer Hunter 2014* when discussing *Kill Shot*:

- "**Great game Built on the deer Hunter 2014 model but with headshots to terrorists**"

- "**This game is very fun to play. I just got this game and I love it already. This game reminds me of dear [sic] hunter because right before the kill it goes in slow mo and that is awesome**"

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

72.     Hothead's acts violate § 43(a) of the Lanham Act (15 U.S.C. §1125(a)(1)).

73.     Because of Hothead's actions, Glu has suffered and will continue to suffer damages including, without limitation, lost sales and profits, lost opportunity and goodwill, monetary and reputational damage.  These damages exceed $75,000.

74.     Glu is entitled to recover its actual damages from Hothead, Hothead's profits, and its costs of suit under 15 U.S.C. § 1117(a).

75.     Hothead's usurpation of the *Deer Hunter 2014* trade dress is deliberate, willful, fraudulent, and without excuse.  Glu is entitled to trebled actual damages and its reasonable attorneys' fees for this exceptional case under the Lanham Act.

76.     Hothead's conduct has caused and will continue to cause immediate and irreparable injury to Glu's business and reputation.  Glu has no adequate remedy at law.  Glu is entitled to injunctive relief under 15 U.S.C. § 1116.

**PRAYER FOR RELIEF**

WHEREFORE, Glu respectfully requests that this Court enter judgment in its favor against Hothead and grant the following relief:

a)     A preliminary and/or permanent injunction restraining Hothead, and its agents, servants, employees, attorneys, successors and assigns, and all persons, firms, and corporations acting in concert with them, from directly or indirectly violating Glu's rights under the Copyright Act and the Lanham Act;

b)     An order directing that Hothead file with the Court and serve upon counsel for Glu within thirty (30) days after entry of such order or judgment a report in writing and under oath setting forth in detail the manner and form in which Hothead has complied with the injunction;

c)     An award to Glu of damages it has sustained or will sustain by reason of Hothead's conduct, all profits derived by Hothead from such conduct, or in lieu of any portion thereof, should Glu so elect, such statutory damages as provided by law;

d)     Glu's costs and reasonable attorneys' fees;

e)     Prejudgment and post-judgment interest; and

f)     All such further and additional relief, in law or in equity, to which Glu may be

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    entitled or which the Court deems just and proper.

2    Dated: November 5, 2014            Respectfully Submitted,

3

4                                        By:*s/Jennifer L. Kelly*
                                              Jennifer L. Kelly

5

6                                      Attorneys for Plaintiff
                                     GLU MOBILE INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

**DEMAND FOR JURY TRIAL**

2

Glu hereby demands trial by jury on all issues and claims so triable.

3

Dated:    November 5, 2014                Respectfully Submitted,

4

5

By: *s/Jennifer L. Kelly*
Jennifer L. Kelly

6

Attorneys for Plaintiff
GLU MOBILE INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO