UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GLU MOBILE INC.,
    Plaintiff,

v.

HOTHEAD GAMES INC.,
    Defendant.

Case No. 14-cv-04917-JCS

**ORDER DENYING REQUEST TO BE EXCUSED FROM MEDIATION**

    On April 7, 2015 the Court ordered Chubb Insurance Company of Canada ("Chubb") to attend an upcoming mediation session scheduled for April 15, 2015. Chubb's counsel requested by letter dated April 10, 2015 that Chubb be excused from attendance, on the basis that Chubb's insurance policy provides no basis for coverage of any liability Defendant may have in this case. Plaintiff supports Chubb's request to be excused. Defendant opposes the request and disputes Chubb's characterization of the policy's scope.

    Having considered the parties' positions, Chubb's request to be excused is DENIED. The Court's previous Order stands as filed.

    **IT IS SO ORDERED.**

Dated: April 13, 2015

                                                 JOSEPH C. SPERO
                                                 Chief Magistrate Judge